# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARY DEL CARMEN,                    )
                                    )
                  Plaintiff,        )    Case No.: 2:18-cv-00727-GMN-NJK
         vs.                        )
                                    )    **ORDER**
RYAN ALLEN,                         )
                                    )
                  Defendant.        )
_____    )

     Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe, (ECF No. 5), which recommends that Plaintiff Mary Del Carmen's case be DISMISSED without prejudice as to Plaintiff's ability to seek relief in state court and that her application to proceed *in forma pauperis*, (ECF N. 1) be DENIED as moot.

     A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

     Here, no objections were filed, and the deadline to do so has passed.

*///*

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 5), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff Mary Del Carmen's case is **DISMISSED without prejudice** as to Plaintiff's ability to seek relief in state court.

**IT IS FURTHER ORDERED** that Plaintiff Mary Del Carmen's application to proceed *in forma pauperis*, (ECF No. 1), is **DENIED AS MOOT**.

The Clerk of Court shall close this case and enter judgment accordingly.

**DATED** this ___June___ day of ███, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court