AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARY DEL CARMEN,

                Plaintiff,

v.

RYAN ALLEN,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00727-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendant; Case is dismissed without prejudice

6/14/2018
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk